IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN KLINE, | : | Civil Action No. 09-1645 |
| Plaintiff, | : | |
| | : | Hon. Gary L. Lancaster |
| vs. | : | |
| GENESIS WORLDWIDE II, INC., | : | |
| | : | Electronically Filed |
| Defendant. | : | |

## ORDER

AND NOW, this 6th day of May, 2010, based upon Plaintiff Counsel Neal A. Sanders' Motion To Participate In Initial Case Management Conference By Telephone, said Motion is GRANTED. The Status Conference of May 10, 2010 at 4:30 p.m. will be held by telephone. Counsel for both Plaintiff and Defendant are directed to contact chambers and provide their direct dial telephone numbers.

BY THE COURT:

_____ C.J.