IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN KLINE, | : | Civil Action No. 09-1645 |
| Plaintiff, | : | |
| | : | Hon. Gary L. Lancaster |
| vs. | : | |
| GENESIS WORLDWIDE II, INC., | : | |
| | : | Electronically Filed |
| Defendant. | : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, come Plaintiff Steven Kline, by and through his undersigned counsel, Neal A. Sanders, Esquire, and Dirk D. Beuth, Esquire, and Defendant Genesis Worldwide II, Inc., by and through its undersigned counsel, John W. Murtagh, Jr., Esquire, and file this Joint Stipulation Of Dismissal With Prejudice in the above-captioned case.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiff that Defendant be dismissed from this case with prejudice.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF NEAL A. SANDERS | MURTAGH & CAHILL |
| /s/Neal A. Sanders | /s/John W. Murtagh, Jr. |
| Neal A. Sanders, Esquire | John W. Murtagh, Jr., Esquire |
| PA ID NO. 54618 | PA ID NO. 16726 |
| Dirk D. Beuth, Esquire | 110 Swinderman Road |
| PA ID NO. 76036 | Wexford, PA 15090 |
| 1924 North Main Street Ext. | |
| Butler, PA 16001 | (724) 935-7555 |
| (724) 282-7771 | |
| Counsel for Plaintiff | Counsel for Defendant |
| June 1, 2010 | June 1, 2010 |

SO ORDERED, this 1 day of June, 2010.

_____, C.J.